```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

GRACIELA DONCOUSE,

                     Plaintiff,         25-cv-5628 (JGK)

      - against -                  <u>ORDER</u>

KOVY WINE & SPIRITS CORP. ET AL.,

                     Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    Under Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was August 11, 2025. The Court extended the time for defendants to answer until September 10, 2025. To date, no answer or response has been filed.

    The time for the defendants to respond to the complaint is extended to **September 24, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:    New York, New York
            September 15, 2025

                                             John G. Koeltl
                                     United States District Judge